WILBUR NAUMAN, PLAINTIFF–APPELLANT, v. CENTRAL & LAFAYETTE REALTY COMPANY, INC., DEFENDANT–RESPONDENT.

Argued November 22, 1948—Decided November 29, 1948.

*Mr. Harry Green* argued the cause for the plaintiff-appellant (*Messrs. Mintz & Herships,* attorneys).

*Mr. George F. Lahey, Jr.,* argued the cause for the defendant-respondent.

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Mr. Justice Burling in the court below.

*For affirmance:* Chief Justice VANDERBILT and Justices OLIPHANT, WACHENFELD and ACKERSON—4.

*For reversal:* Justice HEHER—1.